# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**ERIC HIBBLER**                                                                                                       **PLAINTIFF**

**v.**                                             **CIVIL ACTION NO.: 3:22-cv-229-SA-JMV**

**TIMOTHY SCOTT, ET AL.**                                                      **DEFENDANTS**

## ORDER

Before the court is Plaintiff's Motion to Join Additional Party [16] filed on February 2, 2023. Therein, Plaintiff seeks the court's permission to join Aquino Eppenger, co-owner along with the plaintiff of the property in question in this cause, as a party to this cause. The motion is unopposed.

After having held a status conference with the parties on February 7, 2023, and again on February 22, 2023, it was represented to the court that Aquino Eppenger is a resident citizen of Mississippi. Plaintiff has also alleged the same in his corrected amended complaint. *See* Ex. 1 to [24]. As such, having been satisfied that diversity jurisdiction will not be destroyed by the joinder of Mr. Eppenger as a plaintiff and substitution of TForce Freight, Inc. as defendant in the place and stead of UPS Ground Freight, and noting that there is no objection from the defendants, the court finds the motion well taken and it is hereby granted.

**IT IS, THEREFORE, ORDERED** that the motion to join additional party is **GRANTED.** Plaintiff is **directed to file his amended complaint, previously filed as Exhibit 1 to [24], on the docket within two (2) business days.** The Clerk's Office is directed to add Aquino Eppenger as a plaintiff to this cause and substitute TForce Freight, Inc. as defendant in the place and stead of UPS Ground Freight.

**SO ORDERED**, this the 22nd day of February, 2023.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**